UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRI CALDERON-RODRIGUEZ,

    Petitioner,

v.

BRYAN S. WILCOX, et al.,

    Respondents.

Case No. C18-1373JLR

ORDER

The court has conducted a de novo review of the challenged parts of the Report and Recommendation of the Honorable Mary Alice Theiler United States Magistrate Judge (Dkt. # 13). In doing so it has reviewed Petitioner's Objections (Dkt. # 15), Respondents' Objections (Dkt. # 14), Petitioner's Response to Respondents' Objections (Dkt. # 17), Respondents' Responses to Petitioner's Objections (Dkt. # 16), and the remaining record. The Court finds and ORDERS:

(1) The Court ADOPTS in part and AMENDS in part the Report and Recommendation;

(2) The Government's motion to dismiss, Dkt. 4, is GRANTED in part and DENIED in part;

ORDER - 1

(3) Petitioner's habeas petition, Dkt. 1, is GRANTED in part and DENIED in part;

(4) Petitioner's request for immediate release is denied. However, the Government shall release petitioner on appropriate conditions within 45 days unless, at a new bond hearing, it presents clear and convincing evidence that he presents a current flight risk or danger to the community; and

(5) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

Dated this 6th day of February, 2019.

JAMES L. ROBART
United States District Judge

ORDER - 2