District Judge James L. Robart
Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRI CALDERON-RODRIGUEZ,

    Petitioner,

v.

BRYAN S. WILCOX, *et al.*,

    Respondents.

Case No. 18-cv-1373-JLR-MAT

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES FOR PETITIONER TO FILE A FEE APPLICATION AND BILL OF COSTS

The Court hereby GRANTS the parties' stipulated motion for entry of an order extending the deadlines for petitioner to file a motion for award of attorneys' fees and a cost bill. Petitioner shall file its attorney fee motion and cost bill on or before July 7, 2019.

IT IS SO ORDERED.

Dated this 23rd day of April, 2019.

/s/ James L. Robart
The Honorable James L. Robart
United States District Judge

[PROPOSED] ORDER
[Case No. C18-1373-JLR-MAT] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970